**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHAEL GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>CINTAS CORPORATION,<br><br>*Defendant*. | Case No. 2:26-cv-02155<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION TO TRANSFER |

This matter comes before the Court on the Parties' Stipulated Motion to Transfer. Dkt. # 15. Upon reviewing the Motion and the pleadings and files on record, and the Court being fully advised; NOW, THEREFORE, it is hereby ORDERED that the Parties' Stipulated Motion to Transfer is GRANTED and that the case is TRANSFERRED to the District Court for the Southern District of Ohio, Western Division, Cincinnati.

Dated this 9th day of September, 2026.

John H. Chun
United States District Judge